# SNOW BECKER KRAUSS P.C.



JACK BECKER
MARK S. BORTEN
KENNETH E. CITRON
EDWARD M. CUDDY, III
MICHAEL H. DU BOFF
DAVID R. FISHKIN
PAUL GOTTLIEB
RONALD S. HERZOG
ERIC HONICK
MARK A. KANIAN
HARVEY KRAUSS
PAUL C. KURLAND

ATTORNEYS AT LAW

605 THIRD AVENUE

NEW YORK, N.Y. 10158-0125

(212) 687-3860

TELECOPIER
(212) 949-7052

Writer's Direct Telephone #: (212) 455-0322
Writer's Direct Fax #: (212) 455-0455

MARC J. LUXEMBURG
BRAD S. MAISTROW
RALPH K. SMITH
MICHAEL WEXELBAUM
DEREK WOLMAN

FRANCIS V. IMBORNONE
(1987-2005)
HAROLD L. LUXEMBURG
(1987-1990)

JAMES N. BLAIR
HOWARD KARASIK
RICHARD REICHLER
CHARLES SNOW
LEONARD W. WAGMAN
COUNSEL

March 3, 2008

VIA FAX

Heather Cannady, Esq.
Chambers of
Honorable George B. Daniels
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1313

**SO ORDERED**
The initial pretrial hearing is adjourned to July 10, 2008 at 9:30 a.m.

MAR 14 2008    *George B. Daniels*

**HON. GEORGE B. DANIELS**

Re: **Kimberley Steel v. Watch Hill Management Corp et al**
<u>Index No. 08-CV-1698</u>

Dear Ms. Cannady:

We are the attorneys for Plaintiff Kimberly Steel. We have not as yet completed service upon the Defendants nor have they appeared in this matter.

As per our conversation this afternoon, it is requested that the Initial Pre Hearing Conference scheduled for June 19, 2008 be adjourned to July 10, 2008 at 9:30 am.

Thank you in advance for your courtesy and cooperation.

Very truly yours,

Michael H. Du Boff

MHD/gel

cc: Daniel K. Oh