UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY STEEL,

    Plaintiff,

v.

WATCH HILL MANAGEMENT CORP.,
WATCH HILL INVESTMENT PARTNERS L.P.,
PROVIDENCE INVESTMENT MANAGEMENT,
LLC and RUSSELL JEFFREY,

    Defendants.

08 CV 01698 (GBD)

**STIPULATION OF ADJOURNMENT**

IT IS HEREBY STIPULATED AND AGREED that the time for defendants Providence Investment Management, LLC and Russell Jeffrey to answer, file a responsive motion or otherwise respond to the Complaint in this action is extended to and including May 14, 2008.

Dated:    March 24, 2008
           New York, New York

SNOW BECKER KRAUSS P.C.

By: _____
Michael H. Du Boff (MD 1902)
605 Third Avenue
New York, New York 10158
(212) 687-3860
mduboff@sbklaw.com

*Counsel for Plaintiff*
*Kimberly Steel*

DAVIS & GILBERT LLP

By: _____
Miles Baum (MB 6993)
1740 Broadway
New York, New York 10019
(212) 468-4800
mbaum@dglaw.com

*Counsel for Defendants*
*Providence Investment Management, LLC*
*and Russell Jeffrey*

SO ORDERED:  APR 0 3 2008

_____
**HON. GEORGE B. DANIELS**