UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY STEEL,

              Plaintiff,

    -against-

WATCH HILL MANAGEMENT CORP.,
WATCH HILL INVESTMENT PARTNERS L.P.,
PROVIDENCE INVESTMENT MANAGEMENT,
LLC and RUSSELL JEFFREY,

              Defendants.

Case No. 08-cv-01698 (GBD)

**DEFENDANT PROVIDENCE
INVESTMENT MANAGEMENT,
LLC'S RULE 7.1
DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Providence Investment Management, LLC, a private (non-governmental) corporate party, hereby certifies that it has no corporate parent and that it is not publicly held.

Dated: New York, New York
       May 13, 2008

                    DAVIS & GILBERT LLP

                    By: _____
                    Miles A. Baum (mbaum@dglaw.com)
                    Neal H. Klausner (nklausner@dglaw.com)
                    1740 Broadway
                    New York, NY 10019
                    T: (212) 468-4800
                    F: (212) 468-4888
                    *Attorneys for Defendants*
                    *Providence Investment Management, LLC*
                    *and Russell Jeffrey*