AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 08cv01698 (GBD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Providence Investment Management, LLC and Russell Jeffrey

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/9/2008 | *[signature]* |
| Date | Signature |
| | Miles A. Baum — MB6994 |
| | Print Name / Bar Number |
| | 1740 Broadway |
| | Address |
| | New York / NY / 10019 |
| | City / State / Zip Code |
| | (212) 468-4800 / (212) 468-4888 |
| | Phone Number / Fax Number |